# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2021 ND 15

In the Interest of A.R.S., a child

----------

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| A.R.S., child, and B.B., father, | Respondents |
| and | |
| A.S., mother, | Respondent and Appellant |

### No. 20200199

In the Interest of M.B., a child

----------

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| M.B.., child, and B.B., father, | Respondents |
| and | |
| A.S., mother, | Respondent and Appellant |

### No. 20200200

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable Jay D. Knudson, Judge.

AFFIRMED.

Per Curiam.

Zachary Ista, Assistant State's Attorney, Grand Forks, ND, for petitioner and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, ND, for respondent and appellant; submitted on brief.

**Interest of A.R.S. and M.B.**
**Nos. 20200199, 20200200**

**Per Curiam.**

[¶1]   A.S., the mother, appeals from a judgment entered by the juvenile court determining her children, A.R.S. and M.B., are deprived under N.D.C.C. § 27-20-02(8). On appeal, A.S. argues any perceived deprivation was primarily due to the financial limitations of the parents and a finding of deprivation was therefore erroneous. The juvenile court properly considered evidence of A.S.'s failure to appear for two scheduled cesarean section appointments, belligerent and yelling behavior at a hospital, and M.B. having a meconium test positive for methamphetamine after birth. We conclude the juvenile court's findings are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Lisa Fair McEvers
       Jerod E. Tufte
       Daniel S. El-Dweek, D.J.

[¶3]   The Honorable Daniel S. El-Dweek, D.J., sitting in place of Crothers, J., disqualified.